IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Erma Frazier, | ) | C/A No.: 1:11-3356-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Angela Repass, Melissa Smith, Regina Kelly, Karol Seiler, Davis Repass, Salvation Army DHQ, Regina Davis, | ) ) ) ) | |
| Defendants. | ) ) | |

This action was filed by Plaintiff on December 9, 2011. [Entry #1]. Pursuant to the scheduling order entered on April 30, 2012, discovery was to be completed (not just requested) by September 27, 2012, with dispositive motions, if any, to be filed by no later than October 11, 2012. [Entry #38]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 15, 2012                                                Shiva V. Hodges
Columbia, South Carolina                                    United States Magistrate Judge